RYAN NICHOLS
Name
475984
Prison Number
GOOSE CREEK CORRECTIONAL CENTER
Place of confinement
22301 WEST ALSOP ROAD
Mailing address
WASILLA, ALASKA     99623-5023
City, State, Zip
                    NONE
Telephone



RECEIVED

SEP 17 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RYAN NICHOLS                                    ,
(Enter full name of plaintiff in this action)

                          Plaintiff,

vs.

GEO GROUP (d/b/a PARKVIEW CENTER),
AND (9) "JOHN DOE" PARKVIEW STAFF,

_____ ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                          Defendant(s).

Case No. 3:24-CV-00208-SLG
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of  RYAN NICHOLS          ,
                                        (print your name)
                          GOOSE CREEK CORRECTIONAL CENTER
who presently resides at  22301 WEST ALSOP ROAD  WASILLA, AK  99623  ,
                          (mailing address or place of confinement)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1,_GEO GROUP (d/b/a PARKVIEW CENTER)_ is an AGENT IN
  (name)
_ANCHORAGE, ALASKA_ WHO SUPERVISES ALL NINE "JOHN DOE" DEFENDANTS.
  (state)                          (defendant's government position/title)
( THIS ENTITY IS AN AGENT FOR ALASKA DOC )
_____This defendant **personally participated** in causing my injury, and I want **money damages.**
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_NINE "JOHN DOE" DEFENDANTS_ WHO ARE ALL CITIZENS OF
  (name)
_ALASKA_, and employed BY _GEO GROUP AT PARKVIEW CENTER._
  (state)                          (defendant's government position/title)

_X_ THESE DEFENDANTS personally participated in causing my injury, and I want **money damages.**
AND ( THIS SUIT ALLEGES CONSPIRACY TO VIOLATE CIVIL RIGHTS )

_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
  (name)
_____, and is employed as a_____.
  (state)                          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages.**
OR
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

<u>Claim 1</u>: On or about _____SEPTEMBER 15, 2022_____, my civil right to
(Date)

_____BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT (VIII AMENDMENT)_____

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by _____NINE "JOHN DOE" DEFENDANTS_____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

PLAINTIFF ALLEGES THAT DEFENDANTS SINGULARLY, JOINTLY, OR ACTING IN CONCERT DID KNOWINGLY, WILLINGLY, AND WITH DELIBERATE INDIFFERENCE TO THE HARMS CAUSED TO THE PLAINTIFF

ENGAGED IN SUCH ACTS AS ALLEGED HEREIN AT A TIME WHEN THE PLAINTIFF WAS A SENTENCED CONVICT SERVING A TERM AND THERE EXISTED A SPECIAL RELATIONSHIP WITH NAMED DEFENDANTS ARISING FROM THE FACT OF STATE CUSTODY THAT DEMONSTRATES A DELIBERATE INDIFFERENCE AND RECKLESS DISREGARD FOR PLAINTIFF'S HEALTH, WELFARE, AND HIS CIVIL RIGHTS

WHEN THE EXISTENCE OF THIS SPECIAL RELATIONSHIP IMPOSED UPON THESE SAME DEFENDANTS AN OBLIGATION TO PROTECT THE PLAINTIFF FROM HARM, DID:

1) SEXUALLY ASSAULT THE PLAINTIFF MULTIPLE TIMES,

2) THREATEN RETALIATION WHEN THE PLAINTIFF ATTEMPTED TO COMPLAIN, AND,

3) CONSPIRED TO COVER UP THEIR WRONGS THROUGH ARTIFICE AND DECEIT

PLAINTIFF HAS PROVIDED A FACTUAL NARRATIVE IN SUPPORT OF THIS CLAIM

<u>Claim 2</u>: On or about ___SEPTEMBER 15, 2022___, my civil right to

(Date)

<u>FREE FROM RETALIATION FOR EXCERCISING PROTECTED CONSTITUTIONAL & STATUTORY RIGHTS</u>

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom<br>from cruel and unusual punishment, etc. List only one violation.)

was violated by ___NINE "JOHN DOE" DEFENDANTS___

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

PLAINTIFF ALLEGES THAT DEFENDANTS SINGULARLY, JOINTLY, OR ACTING IN CONCERT DID KNOWINGLY, WILLINGLY, AND WITH DELIBERATE INDIFFERENCE TO THE HARMS CAUSED TO THE PLAINTIFF

ENGAGED IN SUCH ACTS AS ALLEGED HEREIN AT A TIME WHEN THE PLAINTIFF WAS A SENTENCED CONVICT SERVING A TERM AND THEIR EXISTED A SPECIAL RELATIONSHIP WITH NAMED DEFENDANTS ARISING FROM THE FACT OF STATE CUSTODY THAT DEMONSTRATES A DELIBERATE INDIFFERENCE AND RECKLESS DISREGARD FOR PLAINTIFF'S HEALTH, WELFARE AND HIS CIVIL RIGHTS,

WHEN THE EXISTENCE OF THIS SPECIAL RELATIONSHIP IMPOSED UPON THESE SAME DEFENDANTS AN OBLIGATION TO PROTECT THE PLAINTIFF FROM HARM, DID:

1) THREATEN TO RETALIATE AGAINST THE PLAINTIFF FOR HIS ATTEMPTS TO EXERCISE FIRST AMENDMENT RIGHTS TO PETITION FOR REDRESS OF GRIEVANCES BY REPORTING STAFF MISCONDUCT AND SEXUAL ASSAULT WITH THE INTENT TO DISCOURAGE AND PREVENT SUCH A PRISONER GRIEVANCE FROM BEING PURSUED,

PLAINTIFF FURTHER ALLEGES THAT ALL NINE JOHN DOE DEFENDANTS CONSPIRED IN THIS EFFORT WITH THE MUTUAL GOAL OF CONCEALING WHAT THEY HAD DONE AND OFFERS A FACTUAL NARRATIVE IN SUPPORT OF THIS CLAIM.

Prisoner § 1983 - 4<br>PS01, Nov. 2013

<u>Claim 3</u>: On or about _____SEPTEMBER 15, 2022_____, my civil right to
(Date)

BE AFFORDED EQUAL PROTECTION UNDER THE LAW (CLAIM-OF-ONE CLAIM)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by _____NINE "JOHN DOE" DEFENDANTS_____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

PLAINTIFF ALLEGES THAT DEFENDANTS SINGULARLY, JOINTLY, OR ACTING IN CONCERT DID KNOWINGLY, WILLINGLY, AND WITH DELIBERATE INDIFFERENCE TO THE THREATS CAUSED TO THE PLAINTIFF

ENGAGED IN SUCH ACTS AS ALLEGED HEREIN AT A TIME WHEN THE PLAINTIFF WAS A SENTENCED CONVICT SERVING A TERM AND THERE EXISTED A SPECIAL RELATIONSHIP WITH NAMED DEFENDANTS ARISING FROM THE FACT OF STATE CUSTODY THAT DEMONSTRATES A DELIBERATE INDIFFERENCE AND RECKLESS DISREGARD FOR PLAINTIFF'S HEALTH, WELFARE, AND HIS CIVIL RIGHTS

WHEN THE EXISTENCE OF THIS SPECIAL RELATIONSHIP IMPOSED UPON THESE SAME DEFENDANTS AN OBLIGATION TO PROTECT THE PLAINTIFF FROM HARM, DID

1) INTENTIONALLY ENGAGED IN THE CONDUCT DESCRIBED HEREIN, HAVING NO LAWFUL RIGHT OR JUSTIFICATION TO DO SO, BY MEANS WHICH WERE ARBITRARY, CAPRICIOUS, RETALIATORY, OR PROHIBITED BY LAW, WITH THE INTENT TO GRATIFY PERSONAL SEXUAL DESIRES AND LATER CONCEAL WHAT THEY HAD DONE, AND;

2) DENIED TO THE PLAINTIFF THE STATUTORY PROTECTIONS AFFORDED TO HIM AND ALL OTHER SIMILARLY SITUATED BY STATE AND FEDERAL LAW UNDER THE PRISON RAPE ELIMINATION ACT

PLAINTIFF HAS PROVIDED A FACTUAL NARRATIVE IN SUPPORT OF THIS CLAIM

<u>Claim 4</u>: On or about _____SEPTEMBER 15 2022_____, my civil right to
(Date)

BODILY AUTONOMY, EQUAL PROTECTION, AND FREEDOM FROM CRUEL & UNUSUAL PUNISHMENT

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by _____GEO GROUP (d/b/a PARKVIEW CENTER)_____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

PLAINTIFF ALLEGES NEGLIGENT SUPERVISION OF ITS FACILITIES AND ITS EMPLOYEES AS BEING A PROXIMATE CAUSE FOR INJURY TO HIS PERSON AND TO HIS CIVIL RIGHTS. THIS DEFENDANT HAD A DUTY IMPOSED BY LAW TO EMPLOY COMPETENT PERSONS, TRAIN THEM CONCERNING THE PRISON RAPE ELIMINATION ACT, AND SUPERVISE THEM IN SUCH A WAY THAT THE PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED WERE AFFORDED PROTECTION OF BOTH BODILY INTEGRITY AND HIS CIVIL RIGHTS. PLAINTIFF FURTHER ALLEGES THAT THIS DEFENDANT FAILED TO EXCERCISE ORDINARY CARE AND AS A RESULT OF THIS NEGLIGENCE PLAINTIFF WAS INFORMED IN BOTH HIS PERSON AND HIS STATUTORY AND CONSTITUTIONAL RIGHTS. PLAINTIFF HAS PROVIDED A FACTUAL NARRATIVE IN SUPPORT OF THIS CLAIM.

Prisoner § 1983 - 3<br>PS01, Nov. 2013

<u>Claim 5</u> On or about _____SEPTEMBER 15, 2022_____, my civil right to
(Date)

ACTION FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS / PUNITIVE DAMAGES

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom
from cruel and unusual punishment, etc. List only one violation.)

was violated by _____GEO GROUP (d/b/a PARKVIEW CENTER) AND NINE JOHN DOE DEFENDANTS_____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

PLAINTIFF ALLEGES THAT DEFENDANTS SINGULARLY, JOINTLY, OR ACTING IN CONCERT DID KNOWINGLY, WILLINGLY AND WITH DELIBERATE INDIFFERENCE TO THE HARMS CAUSED TO THE PLAINTIFF

ENGAGED IN SUCH ACTS AS ALLEGED HEREIN AT A TIME WHEN THE PLAINTIFF WAS A SENTENCED CONVICT SERVING A TERM AND THERE EXISTED A SPECIAL RELATIONSHIP WITH NAMED DEFENDANTS ARISING FROM THE FACT OF STATE CUSTODY THAT DEMONSTRATES A DELIBERATE INDIFFERENCE AND RECKLESS DISREGARD FOR PLAINTIFF'S HEALTH, WELFARE, AND HIS CIVIL RIGHTS

WHEN THE EXISTENCE OF THIS SPECIAL RELATIONSHIP IMPOSED UPON THESE SAME DEFENDANTS AN OBLIGATION TO PROTECT THE PLAINTIFF FROM HARM, DID:

1) WITH THE SPECIFIC INTENT TO SEXUALLY HARASS, ABUSE AND TO OTHERWISE VICTIMIZE THE PLAINTIFF, ENGAGED IN ACTIONS WHICH WERE RECKLESS, OUTRAGEOUS, AND OTHERWISE REPRESENTED A GROSS DEVIATION FROM CLEARLY ESTABLISHED LAW AND SOCIETAL NORMS BY SEXUALLY ASSAULTING THE PLAINTIFF AND THEN CONSPIRING TO CONCEAL WHAT THEY HAD DONE. PLAINTIFF HAS PROVIDED A FACTUAL NARRATIVE IN SUPPORT OF HIS CLAIMS.

Prisoner § 1983 - 4<br>PS01, Nov. 2013

(1) On 9.15.22 when I arrived back to the Glenwood Center from ~~there~~ work I was told that I had a U.A. After I ate dinner I informed staff that I was ready. Staff member choy pat searched me before ~~was~~ we entered the bathroom for my U.A. We went into the bathroom and I gave a U.A. After I washed my hands we brought my U.A. to the staff station, at which time he asked another staff member to double check it as , they always do. The second staff member said the tempature is not right. I asked him which tempature ball is it that they go by because there was two of them showing. He told me that it doesnt matter that I had to take another one or it would be a refusal. I told him to take a picture of this one and to give me a little bit and we would go again. when I was ready I told staff once again. Choy did another pat search of me before we went into the bathroom. Once in the bathroom when I started to pee choy said "I see that give it to

u." I stopped peeing put my penis back into my boxers but left the front of my pants open and turned toward him and asked him what he is talking about. Choy then grabbed my genitals through my boxers, and said I seen something in your boxers to give it to him. I told him to get his hands off my Dick and balls, that I dont have anything and he is tripping choy told me whatever take your U.A. I turned back to the tiolet to do so. As I started again re once again said stop playing games I see that and to give it to him. I put my penis back in my boxers turned to him and said what is it you think your seeing? He said I dont know but I seen something and to give it to him. I told him that I didnt have anything, and to stop tripping. He said if you dont have any And that I dont feel comfortable and want out. thing to show him. I asked what he means re said pull the front of your boxers down. I said I dont think that you can do this ⅠⅠ

but okay. So I did so, I showed him

my genitals then said see I dont have anything. He then told me pull your pants down around your knees lift your shirt and to spin in a circle. I did so, after spinning in ten circles, he once again grabbed my genitals. At that time I flipped out. Told him that we were done and that I wanted out the bathroom. He said wait and called another staff member into the bathroom. When that staff member came in I told him I was not comfortable that choy had grabbed my Dick and balls multiple times and that I wanted out the bathroom. The second staff said whats going on to choy? Choy said I seen something in his boxers. I said seen what? Choy said I dont know but I seen something. The second staff member said if you dont have anything then to pull my pants down around my knees lift my shirt spin in a circle and show em so I did so. At which time choy went to grab me again. I slapped his hand away pulled my pants up, said

We were done to call Doc for a ride because I did not want to be there any longer. When we came out the bathroom I grabbed my backpack and told them I was going to pack my stuff. After returning to my room and packing I went back down stairs to the staff station. I asked for prea paperwork and was told No. I said what do you mean No? Shift supervisor Levi said we know the situation and no. I said I went upstairs right? She said yes, so I said so you think you know the situation Levi told me that it dosent matter and they were not giving me PREA paperwork. I then asked where my ride was at? Levi said what ride? I said Doc the one back to jail that I didnt want to be there anymore. She said they are not coming to get me and to return to my room. I then flipped out on them all told em that I needed all 6 or 7 of there names that was in the staff station. They told me No we are not giving you our names. I then started cussing them all out and telling them to call Doc. Levi finally said if we give you our names will I return to my room? I said

Yes they gave me there names and I went back to my room. After some time four staff showed up to my room. I said good you guys finally come to get me to go back to jail. They said no, we're here to search your room I told them I'm tired of there games and why have they not called DOC for my ride? I was told I was not going back to jail, to calm down and go down stairs. So I did. When I went down stairs I asked Levi what the results of my U.A.'s were. She said they were both nigitive. Once staff were done searching my room I asked them If they found anything. They said NO. I said see I have nothing had nothing and my U.A.'s were clean. Now call DOC and get me a ride because I didnt feel safe or comforable here. I was told No and to go back upstairs. So I did. When I went back upstairs I went and found some Herion and crystal meth and got high. The next morning case manager Adaline come in and called me to her

office and asked me what happened. I told her when I got to the PREA Paperwork part she told me to hold on that she needed to get the director. Once he came I told them both what happened and about getting high. They asked what I wanted to do? I said I wanted to file PREA. They said okay and that I needed to take another U.A. for my drug levels so that my levels go down to show Im not continuing use. I recieved some write ups and was put on lockdown in the facility. After a day or two I went to my Displinare hearing for my write ups. At the begining of the hearing DOC P.O. that was holding the hearing asked about the PREA. She said that she thinks I was being retailitory by bringing this up - days later. I said what are you talking about I brought it up that night within the hour. She said oh, then told the halfway house that they need to investigate it. A week later they said they found a crystal like substance and what they believe was suboxine needed.

(VI)

I was returned to jail. While finishing up my time I asked about the PREA investigation and never recieved a response. When I got out I went and seen mental Health therapists over what happened. I was diagnosed with

Bi-polar 2 Depression
Depression with Anxiety
Generalzied Anxiety Disorder

I was put on medication. for this.

## D. Previous Lawsuits

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action, or otherwise relating to your imprisonment? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____ Not APPLICABLE _____

Defendant(s):_____ N/A _____

Name and location of court:_____ N/A _____

Docket number:_____ Name of judge:__ Nor APPLICABLE _____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____ Nor APPLICABLE _____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____ NOT APPLICABLE _____

Defendant(s):_____ N/A _____

Name and location of court:_____ N/A _____

Docket number:_____ Name of judge:__ Nor APPLICABLE _____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____ NOT APPLICABLE _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): NOT APPLICABE

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes __X__ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: NOT APPLICABLE _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _TO BE DETERMINED AT TRIAL_

2. Punitive damages in the amount of $ _AS PROVIDED FOR IN A.S 07.17.020_

3. An order requiring defendant(s) to _BRING THEIR PRACTICES INTO COMPLIANCE WITH STATE AND FEDERAL LAW,_

4. A declaration that _THE DEFENDANT(S) CONDUCT VIOLATES STATE AND FEDERAL LAW_

5. Other: _TO BE DETERMINED AFTER DISCOVERY IS COMPLETE_

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __Wasilla__ on __9.13.24__
(Location)            (Date)

__Ryan Nichols__
(Plaintiff's Signature)

IN PROPERIA PERSONA          9.13.24
Original Signature of Attorney (if any)       (Date)

GOOSE CREEK CORRECTIONAL CENTER

22301 WEST ALSOP ROAD

WASILLA, ALASKA 99623-5023

Attorney's Address and Telephone Number

Prisoner § 1983 - 8
Nov. 2013

RYAN NICHOLS #475984
GOOSE CREEK CORRECTIONAL CENTER
22301 WEST ALSOP ROAD
WASILLA, ALASKA 99623-5023



UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA @ ANCHORAGE
222 WEST 7TH AVE.,
ANCHORAGE, ALASKA 99513-7564